UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:24-cv-03574-WBS-CSK |
| | No. 2:24-cv-03575-WBS-CSK |
| | No. 2:24-cv-03578-WBS-CSK |
| | No. 2:24-cv-03582-WBS-CSK |
| | No. 2:24-cv-03583-WBS-CSK |
| | No. 2:24-cv-03585-WBS-CSK |
| | No. 2:24-cv-03589-WBS-CSK |
| | No. 2:24-cv-03592-WBS-CSK |
| | No. 2:24-cv-03594-WBS-CSK |
| | No. 2:24-cv-03595-WBS-CSK |
| | |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

1

1  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in
2  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
3  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
4  the Court to open a new case for each attempted new pleading and assign it to the Court for
5  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
6  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

   The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.[1]

   Accordingly, IT IS HEREBY ORDERED that 2:24-cv-03574, 2:24-cv-03575, 2:24-cv-03578, 2:24-cv-03582, 2:24-cv-03583, 2:24-cv-03585, 2:24-cv-03589, 2:24-cv-03592, 2:24-cv-03594 and 2:24-cv-03595 are DISMISSED; the Clerk of the Court is directed to close these cases. No further filings will be accepted.

Dated:  January 2, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] In the caption of 2:24-cv-03583, plaintiff names the Lassen County Superior Court.  To the extent plaintiff intended to raise the claims raised in 2:24-cv-03583 in the United States District Court for the Eastern District of California, this Court finds that the claims raised in 2:24-cv-03583 are related to Plaintiff's Alameda County criminal conviction.